## (September 19, 1966)

■ ROBINSON & CARPENTER, INC., Respondent, v. LEO J. GANGL et al., Appellants.— Motion to settle record on appeal, omitting transcript (see CPLR 5525, subd. [b]; *Quinones* v. *State of New York*, 22 A D 2d 848; *Faccioli* v. *State of New York*, 25 A D 2d 808) denied, without costs and without prejudice to an application to the Judge before whom the proceedings were had (Rules of the Appellate Division, Third Department, rule 2, subd. [e]). Motion for extension of time to perfect appeal granted, and time extended to 10 days following the settlement of the record. Gibson, P. J., Herlihy, Reynolds, Taylor and Staley, Jr., JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HAROLD NANCE, Relator, v. ROSS E. HEROLD, as Superintendent of Dannemora State Hospital, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied, for failure of compliance with article 70 of the CPLR and as otherwise insufficient on its face. Judgment signed and entered. Gibson, P. J., Herlihy, Reynolds, Taylor and Staley, Jr., JJ., concur.